UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FREDDY HARDRICK,
    Plaintiff,

v.                                          Case No. 2:17-cv-29

DUNCAN MACLAREN, et al.,        HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Chaplain Linda McQuiggin filed a motion for summary judgment. Plaintiff also filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 18, 2018, recommending that this Court deny both motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant McQuiggin's Motion for Summary Judgment (ECF No. 26) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 32) is DENIED.

Dated: July 30, 2018                                          /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge