UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| FREDDY HARDRICK,<br>　　　Plaintiff,<br>v.<br>LINDA MCQIGGAN,<br>　　　Defendant. | No. 2:17-CV-29<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the Court's Opinion issued from the bench on May 2, 2019, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters in favor of Defendant Linda McQiggan.

**IT IS SO ORDERED.**

**Date:** May 3, 2019　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge